IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.

Case No. 2:24-cr-4(2)
JUDGE EDMUND A. SARGUS, JR.

**TIMOTHY L. FERRELL,**
    Defendant.

## ORDER

This matter is before the Court on Defendant Timothy L. Ferrell's unopposed motion to modify special condition number four of his supervised release. (ECF No. 114.) This motion being unopposed by the government and probation officer is **GRANTED**.

The Court originally Ordered the defendant upon release from imprisonment to serve four (4) months at Alvis under the direction of the Probation Officer. To date there are no bed spaces available at Alvis. The defendant has started his special condition of home detention with no violations.

The Court **ORDERS** that the defendant's special condition of supervision number 4 of supervision be terminated. All other terms of supervised release remain unmodified.

IT IS SO ORDERED.

**8/12/2025**
**DATE**

s/Edmund A. Sargus, Jr.
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**